**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 1:14-cv-01365

MINDSHARE TECHNOLOGIES, INC., a Utah corporation; and,

EMPATHICA, INC., a Canada corporation.

**Plaintiffs,**

v.

LEGER METRICS, INC., a Canada corporation.

**Defendant.**

---

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mindshare Technologies, Inc. and Empathica, Inc. (hereinafter "Plaintiffs") by and through their undersigned counsel, hereby file this Notice of Voluntary Dismissal.  The Complaint in this action was filed May 15, 2014.  Since that time, the parties have been diligently working to reach an amicable resolution of the claims.  No Answer has been filed.  Having entered into a settlement agreement, Plaintiffs hereby dismiss their claims against the Defendant ***without prejudice*** with each party to bear its own costs, expenses, and attorneys' fees.

DATED this 14th day of November, 2014.

By: /s/ *Michael Beylkin*

Christopher P. Beall
Michael Beylkin
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1888 Sherman Street, Suite 370
Denver, Colorado 80203
(303) 376-2400
cbeall@lskslaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this   14th   day of November, 2014, I electronically filed the foregoing **NOTICE OF DISMISSAL** with the Clerk of the Court using the ECF/CM electronic filing system, which will send an electronic copy of this filing to all counsel of record.

                     /s/ *Michael Beylkin*